DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Diaz v. Division of Soc. Servs.<br><br>Case below:<br>166 N.C. App. 209 | No. 523PA04 | Defs' Motion for Temporary Stay (COA03-1151) | Allowed Pending Determination of Defs' PDR **10/13/04** |
| Estate of Apple v. Commercial Courier Express, Inc.<br><br>Case below:<br>165 N.C. App. 514 | No. 446P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-829) | Denied (12/02/04) |
| Ford v. Integon Nat'l Ins. Co.<br><br>Case below:<br>164 N.C. App. 779 | No. 421P04 | Plt's PWC to Review the Decision of the COA (COA03-80) | Denied (12/02/04) |
| Guox v. Satterly<br><br>Case below:<br>164 N.C. App. 578 | No. 335P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-966) | Denied (12/02/04) |
| Hanson Aggregates Southeast, Inc. v. City of Raleigh<br><br>Case below:<br>165 N.C. App. 705 | No. 468P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1270) | Denied (12/02/04) |
| Harleysville Mut. Ins. Co. v. Nationwide Mut. Ins. Co.<br><br>Case below:<br>165 N.C. App. 543 | No. 444PA04 | Def's (Nationwide) PDR Under N.C.G.S. § 7A-31 (COA03-1220) | Allowed (12/02/04) |
| Harris v. Tri-Arc Food Sys., Inc.<br><br>Case below:<br>165 N.C. App. 495 | No. 442P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1106) | Denied (12/02/04) |
| In re Appeal of Weaver Inv. Co.<br><br>Case below:<br>165 N.C. App. 198 | No. 396P04 | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA03-1226)<br><br>2. Respondent's Conditional Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Denied **12/01/04**<br><br>2. Dismissed as moot **12/01/04** |